Prob 12B

## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is attached)*

Offender Name:    Douglas Eugene Gleich                    Docket No.:    C1-03-056

Name of Sentencing Judicial Officer:    Daniel L. Hovland

Date of Original Sentence:    4/6/04    -    Amended  3/30/05

Original Offense:    Receipt & Possession of Material Involving Sexual Exploitation of Minors

Original Sentence:    97 months  -  Amended to 57 months

Type of Supervision:    24 months Supervised Release          Date Supervision Commenced:    May 23, 2008

---

## PETITIONING THE COURT

{ }    To Extend the term of supervision    _____ year(s), for a total term of    _____ years.

X     To modify the conditions of supervision as follows:

**The defendant shall reside at Southwest Multi-County Corrections Center in Dickinson, ND for a period up to 3 months.  During this placement, the defendant will participate in all recommended programming to include sex offender treatment. The defendant shall obtain and maintain full time employment, maintain a savings account, and will participate in any other programming deemed beneficial by facility staff or his supervising probation officer. Additionally, the defendant shall abide by all rules and regulations of the facility.**

### CAUSE

Mr. Gleich is being released from imprisonment 5/23/08, but is not fully prepared to transition into the community without additional RRC placement assistance.  Public law placement is being established to complete Mr. Gleich's transitional needs.

Respectfully Submitted,

Timothy J. Kramer                    5/23/08
U.S. Probation Officer                Date

Gleich, Douglas Eugene
Prob 12B

Page 2

{ }    No Action

{ }    The Extension of Supervision as Noted Above

{✓}    The Modification of Conditions as Noted Above

{ }    Other

Daniel L. Hovland, Chief Judge           Date
United States District Court

5·23·08

PROB 49

Waiver of Hearing to Modify Conditions of Probation/
Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### For The
### District of North Dakota

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**The defendant shall reside at Southwest Multi-County Corrections Center in Dickinson, ND for a period up to 3 months.  During this placement, the defendant will participate in all recommended programming to include sex offender treatment. The defendant shall obtain and maintain full time employment, maintain a savings account, and will participate in any other programming deemed beneficial by facility staff or his supervising probation officer.  Additionally, the defendant shall abide by all rules and regulations of the facility.**

DATED: May 23, 2008

Witness: _____     Signed: _____
Douglas Eugene Gleich
Supervised Releasee