Prob 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is attached)*

| | |
|---|---|
| Offender Name: Douglas Gleich | Docket No.: 1:10CR008 and 1:03CR056 |

Name of Sentencing Judicial Officer:   Daniel L. Hovland

Date of Original Sentence:   May 16, 2011, (2010 case) and March 30, 2005, (2003 case)

Original Offense:   1:10CR008: Transfer of Obscene Material
1:03CR056: Count 1: Receipt of Material Involving Sexual Exploitation of Minors and Count 3: Possession of Material Involving Sexual Exploitation of Minors

Original Sentence:   1:10CR008: 21 months custody followed by 36 months supervision
1:03CR056: 57 months custody on each count and 24 months supervision on each count to run concurrent

| | |
|---|---|
| Type of Supervision:   Supervised release | Date Supervision Commenced:   June 6, 2012 |

## PETITIONING THE COURT

☐   To Extend the term of supervision _____ year(s), for a total term of _____ years.

XX   To modify the conditions of supervision as follows:

The defendant shall wear an electronic monitoring device and comply with the provisions of the District of North Dakota's Location Monitoring Program as directed by the probation officer.

## CAUSE

Mr. Gleich, has agreed to the addition of the condition listed above. Furthermore, due to the nature of his conviction and his substantial criminal history, it is believed these conditions are appropriate for imposition.

12B
1:10CR008
1:03CR056
Douglas Gleich

Respectfully Submitted,

/s/ Tim Howard                               May 25, 2012
Tim Howard                                   Date
U.S. Probation Officer

---

{ }   No Action

{ }   The Extension of Supervision as Noted Above

{✓}   The Modification of Conditions as Noted Above

{ }   Other

_____   5-28-12
Daniel L. Hovland             Date
United States District Judge

PROB 49

## Waiver of Hearing to Modify Conditions of Probation/ Supervised Release or Extend Term of Supervision

### UNITED STATES DISTRICT COURT
### For The
### District of North Dakota

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall wear an electronic monitoring device and comply with the provisions of the District of North Dakota's Location Monitoring Program as directed by the probation officer.

DATED: May 14, 2012

Witness: Tim Howard, U.S. Probation Officer

Signed: Douglas Gleich, Supervised Releasee